U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 6 2015

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **JOSEPH BROME JACKSON** <br> **FED. REG. #10865-017** | **CIVIL ACTION NO. 2:14-CV-103** <br> **SECTION P** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **WARDEN MAIORANA** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 16th day of March, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE